UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   KEISHA S PARKER GIPSON　　　　　　　§　　Case No.: 07-15811
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
         Debtor(s)　　　　　　　　　　　　　　§

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2007.

2) This case was confirmed on 12/19/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/17/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/21/2009.

5) The case was dismissed on 12/07/2011.

6) Number of months from filing to the last payment: 51

7) Number of months case was pending: 55

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   13,135.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 25,701.46 |
| Less amount refunded to debtor | $ 714.36 |
| **NET RECEIPTS** | $ 24,987.10 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,614.14 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,114.14 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST FRANKLIN | SECURED | 175,000.00 | NA | NA | .00 | .00 |
| FIRST FRANKLIN | OTHER | NA | NA | NA | .00 | .00 |
| FIRST FRANKLIN | OTHER | NA | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 15,000.00 | 15,520.57 | 15,440.00 | 15,440.00 | 2,159.25 |
| TOYOTA FINANCIAL SER | UNSECURED | 440.00 | .00 | 80.57 | .00 | .00 |
| TOYOTA MOTOR CREDIT | OTHER | NA | NA | NA | .00 | .00 |
| WICKES FURNITURE | SECURED | 400.00 | NA | NA | .00 | .00 |
| WICKES FURNITURE | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| WICKES FURNITURE | OTHER | NA | NA | NA | .00 | .00 |
| WICKES FURNITURE | OTHER | NA | NA | NA | .00 | .00 |
| AFSCI | OTHER | NA | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 912.57 | 912.57 | 912.57 | 41.71 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | OTHER | NA | NA | NA | .00 | .00 |
| CITI CARDS | UNSECURED | 1,786.00 | NA | NA | .00 | .00 |
| CITI CARDS | UNSECURED | 1,428.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 2,643.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | 100.00 | 100.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO | OTHER | NA | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 204.16 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 2,097.00 | NA | NA | .00 | .00 |
| EDAMER/GLHEC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CREDTRS COLL | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| FREEPORT MEMORIAL HO | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| GA FINANCIAL TRUST | UNSECURED | 1,342.00 | NA | NA | .00 | .00 |
| GA FINANCIAL TRUST 2 | OTHER | NA | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 8,600.00 | 8,724.35 | 8,724.35 | 498.77 | .00 |
| HSBC | UNSECURED | 1,623.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,623.00 | 1,702.35 | 1,702.35 | 97.32 | .00 |
| INGALLS HOSPITAL | UNSECURED | 816.00 | 816.71 | 816.71 | 46.70 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 271.00 | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| STERLING INC | SECURED | 1,820.00 | .00 | .00 | .00 | .00 |
| LEVINE WITTENBURG & | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| LOUIS B PARKER | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| MARKET STREET MORTGA | OTHER | NA | NA | NA | .00 | .00 |
| MERRICK | OTHER | NA | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MONROE CLINIC | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| MONROE CLINIC | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| NETBANK INC | OTHER | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 626.00 | 625.68 | 625.68 | 20.99 | .00 |
| NICOR GAS | OTHER | NA | NA | NA | .00 | .00 |
| NMSL NEW MEXICO STAT | UNSECURED | 1,996.00 | 841.00 | 841.00 | 38.44 | .00 |
| ORAL ROBERTS UNIVERS | OTHER | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | OTHER | NA | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 48.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 5,762.00 | 5,808.60 | 5,808.60 | 332.07 | .00 |
| AES/PHEAA | UNSECURED | 4,576.00 | 4,596.57 | 4,596.57 | 236.29 | .00 |
| SALLIE MAE | UNSECURED | 2,909.00 | 2,931.85 | 2,931.85 | 167.60 | .00 |
| SPRINT | OTHER | NA | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | OTHER | NA | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 343.00 | NA | NA | .00 | .00 |
| SUBURBAN ER PHYSICIA | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| TRIBUTE/FBOFD | UNSECURED | 639.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,374.00 | 1,120.71 | 1,120.71 | 57.61 | .00 |
| VERIZON WIRELESS | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VILLAGE OF RICHTON P | UNSECURED | 191.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | 2,175.00 | 2,175.00 | 124.34 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| WASHINGTON/PROVIDIAN | OTHER | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| LOUIS B PARKER | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,306.30 | 2,306.30 | 131.84 | .00 |
| COUNTRYWIDE | SECURED | 175,000.00 | .00 | .00 | .00 | .00 |
| JB ROBINSON | SECURED | 500.00 | NA | NA | .00 | .00 |
| JB ROBINSON | UNSECURED | 1,354.75 | NA | NA | .00 | .00 |
| WELTMAN WEINBERG & R | OTHER | NA | NA | NA | .00 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | NA | .00 | 374.00 | 374.00 | .00 |
| CITIFINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 213.00 | NA | NA | .00 | .00 |
| STERLING INC | UNSECURED | NA | 1,854.75 | 1,854.75 | 106.03 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 15,440.00 | 15,440.00 | 2,159.25 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 15,440.00 | 15,440.00 | 2,159.25 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 374.00 | 374.00 | .00 |
| **TOTAL PRIORITY:** | 374.00 | 374.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 34,597.01 | 1,899.71 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,114.14 |
| Disbursements to Creditors | $ | 19,872.96 |
| **TOTAL DISBURSEMENTS:** | $ | 24,987.10 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:  03/27/2012          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**